IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM B. COOPER and RENATA S. COOPER, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 1:11-CV-177-WKW ) |
| CITIFINANCIAL SERVICES, *et al.* | ) ) |
| Defendants. | ) |

## **ORDER**

On May 26, 2011, the Magistrate Judge filed a Recommendation (Doc. # 16) in this case.  Plaintiffs filed an Objection (Doc. # 17) on June 10, 2011.  The Objection is untimely, and it recounts a lengthy narrative on the civil rights era as seen from Plaintiff William Cooper's perspective, an interesting memoir, but entirely unrelated to this cause of action.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 16) is ADOPTED;

2. Plaintiffs' Objection (Doc. # 17) is OVERRULED; and

3. Plaintiffs' claims are DISMISSED prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii).

DONE this 14th day of June, 2011.

                                              /s/ W. Keith Watkins
                                     CHIEF UNITED STATES DISTRICT JUDGE